**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Terry Holy Elk Face, | ) | |
| | ) | Case No. 1:13-cr-021 |
| Defendant. | ) | |

On May 30, 2013, Defendant made his initial appearance on a petition for revocation of pretrial release. AUSA Gary Delorme appeared on the Government's behalf. AFPD Bill Schmidt appeared on Defendant's behalf.

At the hearing, the parties agreed that they need additional time to gather information regarding possible options for Defendant's pretrial release. Therefore, pursuant to the discussion at the hearing, the court **ORDERS** that, pending the potential issuance of an amended order setting conditions of release, Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 30th day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court